AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 21-mj-00072-STV |
| Jerome Bravo | ) | |
| *Defendant(s)* | | |

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
April 13, 2021
**JEFFREY P. COLWELL, CLERK**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of April 12, 2021 in the County of Denver in the State and District of Colorado, the defendant(s) violated:

*Code Section*
18 USC § 922(g)(1)

*Offense Description*
Felon in Possession of a Firearm

This criminal complaint is based on these facts:

**See Affidavit attached hereto and herein incorporated by reference.**

☒ Continued on attached sheet.

*s/Michael Kim*
*Complainant's signature*

Task Force Officer Michael Kim, FBI
*Printed name and title*

Sworn to before me and: ☐ signed in my presence. ☒ submitted, attested to, and acknowledged by reliable electronic means.

Date: 4/13/2021

*Judge's signature*

City and state: Denver, CO

Scott T. Varholak, U.S. Magistrate Judge
*Printed name and title*