DEFENDANT:  Jerome Bravo

YOB: 1983

ADDRESS (CITY/STATE):  Denver, Colorado

OFFENSE(S): 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm

LOCATION OF OFFENSE (COUNTY/STATE):  Denver, Colorado

PENALTY:  NMT 10 years imprisonment; NMT $250,000 fine or both; NMT 3 years supervised release; $100 special assessment fee.


AGENT:  Task Force Officer Michael Kim,
         FBI Denver


AUTHORIZED BY:   Assistant U.S. Attorney Brian Dunn

ESTIMATED TIME OF TRIAL:

   X    five days or less        _____ over five days        _____ other

THE GOVERNMENT

   X    will seek detention in this case        _____ will **not** seek detention in this case

The statutory presumption of detention **is** or **is not** applicable to this defendant. **(Circle one)**

2