UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) | |
|---|---|---|
| | ) | |
| v. | ) | Case No. 21-mj-00072-STV |
| | ) | |
| | ) | |
| Jerome Bravo | ) | |
| *Defendant(s)* | | |

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
April 13, 2021
JEFFREY P. COLWELL, CLERK

## MOTION TO RESTRICT COMPLAINT

The United States of America, by and through Brian Dunn, Assistant United States Attorney, respectfully moves the Court for an Order restricting the Complaint and Arrest Warrant in this matter at a Level 3, which would make it viewable by "the filer and the Court" only, as well as this Motion and any Order issued by the Court with regard to this Motion, and as grounds therefore submits the following::

1. Said Complaint, Arrest Warrant, and this Motion have been filed as a part of a continuing investigation.

2. The release of the information in the Complaint, Arrest Warrant, and this Motion may substantially jeopardize the ongoing investigation based on concerns of destruction of evidence, flight from prosecution, and other obstructive conduct.

WHEREFORE, it is respectfully requested that the Complaint, Arrest Warrant in this matter, as well as this Motion, be restricted until further Order of the Court.

Respectfully submitted,

MATTHEW T. KIRSCH
Acting United States Attorney

*s/ Brian Dunn*

By:  Brian Dunn
Assistant U.S. Attorney
1801 California Street, Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
E-mail: brian.dunn@usdoj.gov
Attorney for Government