| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>for the<br>District of Colorado | **FILED**<br>**UNITED STATES DISTRICT COURT**<br>**DENVER, COLORADO**<br>April 13, 2021<br>**JEFFREY P. COLWELL, CLERK** |

United States of America )
                                       )
           v.                    )   Case No.   21-mj-00072-STV
                                       )
                                       )
Jerome Bravo )
*Defendant(s)*

## ORDER TO RESTRICT COMPLAINT

The Court has for consideration the Government's Motion to Restrict wherein the Government asks this Court to restrict the Complaint in the above-referenced case. Upon consideration,

IT IS ORDERED that the Complaint and Arrest Warrant are hereby restricted at a Level 3 until further Order of the Court.

DATED this ___13th___ day of ___April___, 2021.

BY THE COURT:

*[signature]*

Magistrate Judge
DISTRICT OF COLORADO