IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 21-mj-00072-STV

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    JEROME BRAVO,

    Defendant.

---

**ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

---

Upon motion of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ requiring the United States Marshal or any other federal law enforcement officer to produce <u>Jerome Bravo</u>, YOB: <u>1983</u>, now confined in the <u>Denver County Sheriff's Office</u> (DCSO), Inmate number <u>2021407164</u>, before a United States Magistrate Judge forthwith to appear for proceedings in the above-referenced and pending case; and to hold said defendant at all times in custody as an agent of the United States of America; that immediately after the conclusion of the proceedings and final disposition of the above-entitled case, return the said defendant to the institution where he was confined, under safe and secure conduct.

    SO ORDERED this _____ day of _____, 2021

                            BY THE COURT:

                            _____
                            UNITED STATES DISTRICT COURT
                            DISTRICT OF COLORADO