IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 21-mj-00072-STV

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    JEROME BRAVO,

    Defendant.

---

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

**TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF COLORADO, OR TO ANY OTHER UNITED STATES MARSHAL, OR TO ANY OTHER FEDERAL LAW ENFORCEMENT OFFICER** AND TO ANY AUTHORIZED OFFICER IN WHOSE CUSTODY THE DEFENDANT MAY BE HELD:

    This Writ is issued upon Order of the United States District Court for the District of Colorado. I hereby command that you bring the body of <u>Jerome Bravo</u>, YOB: <u>1983</u>, now confined in the <u>Denver County Sheriff's Office</u> (DCSO), Inmate number <u>2021407164</u>, before a United States Magistrate Judge, sitting at Denver, Colorado, forthwith in the United States District Court for the District of Colorado; to appear for proceedings in the above-referenced and pending case; and to hold the said defendant at all times in your custody as an agent of the United States of America; that immediately after the conclusion of the proceedings and final disposition of the above-entitled case in the United States District Court for the District of Colorado, you shall

1

return the Defendant to the institution where he was confined, under safe and secure conduct.

DATED at Denver, Colorado, this __29__ day of ____June____, 20__21__.

BY THE COURT:

s/ J. Garcia-Gonzalez, Deputy Clerk
CLERK, UNITED STATES DISTRICT COURT