AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2021 JUL -7 AM 11: 02

JEFFREY P. COLWELL
CLERK

BY_____ DEP. CLK

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. 2021-MJ-00042-STV |
| Jerome Bravo | ) |
| *Defendant* | ) |

## ARREST WARRANT

TO: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay Jerome Bravo, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Title 18 U.S.C. § 922(g)(1). Felon in Possession of a Firearm

Date: 4/13/2021

*Issuing officer's signature*

City and state: Denver, CO

Scott T. Varholak, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on (date) 07/01/21, and the person was arrested on (date) 07/02/21
at (city and state) Denver County Jail.

Date: 07/02/21

*Arresting officer's signature*

William P. Monahan
*Printed name and title*