DEFENDANT:   JONATHAN GULLETTE

AGE/YOB:    24/1997

COMPLAINT   _____ Yes  __X____ No
FILED?

         If Yes, MAGISTRATE CASE NUMB_____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? __ Yes _X__ No
  If No, a new warrant is required

OFFENSE(S):   **Counts 1,4,6,7,8,9,11,12,13,14** 18 USC §§ 2113(d), Bank Robbery
       and Aiding and Abetting the Same
       **Counts 3**: 18 USC § 924(c)(1)(A)(ii), Brandishing a Firearm in
       Furtherance of a Crime of violence

LOCATION OF  Denver County, CO, Arapahoe County, CO and Jefferson County,
OFFENSES:   CO

PENALTY:    **Counts 1,4,6,7,8,9,11,12,13,14**: NMT 25 years imprisonment; NMT
       $250,000 fine, or both; NMT 3 years' supervised release; $100
       special assessment; restitution.
       **Count 3**: NLT 7 years imprisonment to run consecutive to any other
       sentence; NMT $250,000 fine, or both; NMT 5 years supervised
       release; $100 special assessment.

AGENT:     Michael Kim
       Task Force Officer, FBI

AUTHORIZED   Brian Dunn
BY:       Assistant U.S. Attorney


ESTIMATED TIME OF TRIAL:

_x_ five days or less; ___ over five days

THE GOVERNMENT

_x__ will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention is not applicable to this defendant.