IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-CR-00226-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JEROME BRAVO

    Defendant.

## UNITED STATES' MOTION TO UNSEAL INDICTMENT

COMES NOW, the United States of America, by Matthew T. Kirsch, Acting United States Attorney for the District of Colorado, through Brian Dunn, appearing for the United States Attorney's Office for the District of Colorado, and hereby moves the Court to redact and unseal the Criminal Indictment and case in the above-captioned matter as it pertains to the above-named defendant.

In support of its motion, the government states as follows:

1.     On or about July 13, 2021 a federal grand jury in the District of Colorado returned 15-count indictment against defendant Jerome Bravo and another defendant.

2.     Bravo was already in custody on a federal complaint and was ordered detained. At present, he remains in federal custody. The other defendant named in the Indictment remains at large.

3.     It is respectfully requested that this Honorable Court Order the unsealing of the Criminal Indictment and penalty sheet in the above-captioned matter as it

concerns the above-named defendant only and redact the name of the defendant who remains at large1. The government submits that such a redacted Indictment at this point may facilitate orderly proceedings for defendant on the charges enumerated therein, and yet permit the apprehension of the other defendant.

WHEREFORE, the government respectfully requests that this Court enter an Order unsealing the attached redacted version of the Criminal Indictment and penalty sheet in the above-captioned matter.

Dated: July 14, 2021

Matthew T. Kirsch
Acting United States Attorney

*s/ Brian Dunn*
Brian Dunn
Assistant United States Attorney
United States Attorney's Office
1801 California St., Suite 1600
Denver, Colorado   80202
Telephone:   (303) 454-0100
Fax:   (303) 454-0406
E-mail:   Brian.dunn@usdoj.gov

---

1 A copy of the proposed redacted indictment is attached hereto as Exhibit 1.

**CERTIFICATE OF SERVICE**

    I hereby certify that on 14th day of July, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                      By:  <u>s/ *Brian Dunn*</u>
                            Assistant United States Attorney