IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00226-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JEROME BRAVO

    Defendants.

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about January 6, 2021 in the State and District of Colorado, the defendants, JEROME BRAVO and ▮▮▮▮▮▮▮▮ by force, violence and intimidation did take from the person and presence of another, money belonging to and in the care, custody, control, management and possession of KeyBank located at 10502 East Arizona Place, Aurora, Colorado, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and in committing such offense, the defendants, JEROME BRAVO and ▮▮▮▮▮▮▮▮ did assault and put in jeopardy the life of another person by the use of a dangerous weapon, that is, a firearm, and did aid, abet, counsel, command, induce and procure the same.

Case 1:21-cr-00226-DDD SEALED Document 1 Filed 07/14/21 USDC Colorado Page 2 of 10

All in violation of Title 18, United States Code, Sections 2113(a), 2113(d) and 2.

## COUNT 2

On or about January 6, 2021, in the State and District of Colorado, the defendant, JEROME BRAVO, did knowingly use and brandish a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, to wit: Bank Robbery, as set forth in Count One above.

All in violation Title 18, United States Code, Sections 924(c)(1)(A)(ii).

## COUNT 3

On or about January 6, 2021, in the State and District of Colorado, the defendant, ████████████ did knowingly use and brandish a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, to wit: Bank Robbery, as set forth in Count One above.

All in violation Title 18, United States Code, Sections 924(c)(1)(A)(ii).

## COUNT 4

On or about February 4, 2021 in the State and District of Colorado, the defendants, JEROME BRAVO and ████████████ by force, violence and intimidation did take from the person and presence of another, money belonging to and in the care, custody, control, management and possession of BBVA Compass located at 800 North Broadway, Denver, Colorado, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and in committing such offense, the defendants, JEROME BRAVO and ████████████ did assault and put in

jeopardy the life of another person by the use of a dangerous weapon, that is, a firearm, and did aid, abet, counsel, command, induce and procure the same.

All in violation of Title 18, United States Code, Sections 2113(a), 2113(d) and 2.

## COUNT 5

On or about February 4, 2021, in the State and District of Colorado, the defendant, JEROME BRAVO, did knowingly use and brandish a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, to wit: Bank Robbery, as set forth in Count Four above.

All in violation Title 18, United States Code, Sections 924(c)(1)(A)(ii).

## COUNT 6

On or about February 8, 2021 in the State and District of Colorado, the defendants, JEROME BRAVO and ▮▮▮▮▮▮▮▮▮▮ by force, violence and intimidation did take from the person and presence of another, money belonging to and in the care, custody, control, management and possession of KeyBank located at 12101 East Dartmouth Avenue, Aurora, Colorado, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and in committing such offense, the defendants, JEROME BRAVO and ▮▮▮▮▮▮▮▮▮▮ did assault and put in jeopardy the life of another person by the use of a dangerous weapon, that is, a firearm, and did aid, abet, counsel, command, induce and procure the same.

All in violation of Title 18, United States Code, Sections 2113(a), 2113(d) and 2.

## COUNT 7

On or about February 8, 2021 in the State and District of Colorado, the defendants, JEROME BRAVO and ▇▇▇▇▇▇▇▇ by force, violence and intimidation did take from the person and presence of another, money belonging to and in the care, custody, control, management and possession of KeyBank located at 16796 East Smoky Hill Road, Centennial, Colorado, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and in committing such offense, the defendants, JEROME BRAVO and ▇▇▇▇▇▇▇▇ did assault and put in jeopardy the life of another person by the use of a dangerous weapon, that is, a firearm, and did aid, abet, counsel, command, induce and procure the same.

All in violation of Title 18, United States Code, Sections 2113(a), 2113(d) and 2.

## COUNT 8

On or about February 9, 2021 in the State and District of Colorado, the defendants, JEROME BRAVO and ▇▇▇▇▇▇▇▇ by force, violence and intimidation did take from the person and presence of another, money belonging to and in the care, custody, control, management and possession of BBVA Compass located at 801 East Belleview Avenue, Denver, Colorado, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and in committing such offense, the defendants, JEROME BRAVO and ▇▇▇▇▇▇▇▇ did assault and put in jeopardy the life of another person by the use of a dangerous weapon, that is, a firearm, and did aid, abet, counsel, command, induce and procure the same.

All in violation of Title 18, United States Code, Sections 2113(a), 2113(d) and 2.

## COUNT 9

On or about February 18, 2021 in the State and District of Colorado, the defendants, JEROME BRAVO and ▮▮▮▮▮▮▮▮▮▮ by force, violence and intimidation did take from the person and presence of another, money belonging to and in the care, custody, control, management and possession of FirstBank located at 1316 East Evans Avenue, Denver, Colorado, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and in committing such offense, the defendants, JEROME BRAVO and ▮▮▮▮▮▮▮▮▮▮ did assault and put in jeopardy the life of another person by the use of a dangerous weapon, that is, a firearm, and did aid, abet, counsel, command, induce and procure the same.

All in violation of Title 18, United States Code, Sections 2113(a), 2113(d) and 2.

## COUNT 10

On or about February 18, 2021, in the State and District of Colorado, the defendant, JEROME BRAVO, did knowingly use and brandish a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, to wit: Bank Robbery, as set forth in Count 9 above.

All in violation Title 18, United States Code, Sections 924(c)(1)(A)(ii).

## COUNT 11

On or about March 1, 2021 in the State and District of Colorado, the defendants, JEROME BRAVO and ▮▮▮▮▮▮▮▮▮▮ by force, violence and intimidation did take from the person and presence of another, money belonging to and in the care,

5

custody, control, management and possession of KeyBank located at 6405 East Hampden Avenue, Denver, Colorado, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and in committing such offense, the defendants, JEROME BRAVO and ▇ did assault and put in jeopardy the life of another person by the use of a dangerous weapon, that is, a firearm, and did aid, abet, counsel, command, induce and procure the same.

All in violation of Title 18, United States Code, Sections 2113(a), 2113(d) and 2.

## COUNT 12

On or about March 17, 2021 in the State and District of Colorado, the defendants, JEROME BRAVO and ▇ by force, violence and intimidation did take from the person and presence of another, money belonging to and in the care, custody, control, management and possession of FirstBank located at 8901 East Hampden Avenue, Denver, Colorado, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and in committing such offense, the defendants, JEROME BRAVO and ▇ did assault and put in jeopardy the life of another person by the use of a dangerous weapon, that is, a firearm, and did aid, abet, counsel, command, induce and procure the same.

All in violation of Title 18, United States Code, Sections 2113(a), 2113(d) and 2.

## COUNT 13

On or about March 31, 2021 in the State and District of Colorado, the defendants, JEROME BRAVO and ▇ by force, violence and intimidation did take from the person and presence of another, money belonging to and

in the care, custody, control, management and possession of KeyBank located at 3410 East 1st Avenue, Denver, Colorado, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and in committing such offense, the defendants, JEROME BRAVO and ▉▉▉▉▉ did assault and put in jeopardy the life of another person by the use of a dangerous weapon, that is, a firearm, and did aid, abet, counsel, command, induce and procure the same.

All in violation of Title 18, United States Code, Sections 2113(a), 2113(d) and 2.

## COUNT 14

On or about March 31, 2021 in the State and District of Colorado, the defendants, JEROME BRAVO and ▉▉▉▉▉ by force, violence and intimidation did take from the person and presence of another, money belonging to and in the care, custody, control, management and possession of BBVA Compass located at 8008 North Yarrow Street, Arvada, Colorado, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and in committing such offense, the defendants, JEROME BRAVO and ▉▉▉▉▉ did assault and put in jeopardy the life of another person by the use of a dangerous weapon, that is, a firearm, and did aid, abet, counsel, command, induce and procure the same.

All in violation of Title 18, United States Code, Sections 2113(a), 2113(d) and 2.

## COUNT 15

Between the dates of January 4, 2021 and April 12, 2021, in the State and District of Colorado, the defendant, JEROME BRAVO, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year,

knowingly possessed a firearm and ammunition in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

**FORFEITURE ALLEGATION**

1. The allegations contained in Counts One through Fifteen of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C), Title 18, United States Code, Section 2641, Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the violations alleged in Counts One through Fifteen of this Indictment involving violations of Title 18, United States Code, Sections 2113, 924(c) and 922(g), the defendants, JEROME BRAVO and ███████████ shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 2641, any and all of the defendant's right, title and interest in all property constituting and derived from any proceeds obtained directly and indirectly as a result of such offense, and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense, including, but not limited to (1) a money judgment in the amount of proceeds obtained by the defendant; and (2) all firearms and ammunition involved in the commission of the offense, including but not limited to (1) a .380 caliber Smith & Wesson Bodyguard handgun with a red trigger, bearing serial number EAP19AG, (2) a Glock 17 9mm bearing serial number NLD266

8

and (3) all ammunition seized by law enforcement between the dates of April 12, 2021 and April 15, 2021.

    3. If any of the property described above, as a result of any act or omission of the defendants:

    a) cannot be located upon the exercise of due diligence;
    b) has been transferred or sold to, or deposited with, a third party;
    c) has been placed beyond the jurisdiction of the Court;
    d) has been substantially diminished in value; or
    e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property.

                          A TRUE BILL:

                          <u>Ink signature on file in Clerk's Office</u>
                          FOREPERSON

MATTHEW T. KIRSCH
Acting United States Attorney

By: *s/ Brian Dunn*
Brian Dunn
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0200
Fax: 303-454-0406
E-mail: Brian.Dunn@usdoj.gov
Attorney for Government

9

1

| | |
|---|---|
| DEFENDANT: | JEROME BRAVO |
| AGE/YOB: | 37/1983 |
| COMPLAINT FILED? | __x__ Yes  _____ No  <br>If Yes, MAGISTRATE CASE NUMBER 21-mj-00072-STV |

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?  _x_ Yes  __ No
   If No, a new warrant is required

| | |
|---|---|
| OFFENSE(S): | **Counts 1,4,6,7,8,9,11,12,13,14**  18 USC §§ 2113(d), Bank Robbery and Aiding and Abetting the Same  <br>**Counts 2.,5,10**: 18 USC § 924(c)(1)(A)(ii), Brandishing a Firearm in Furtherance of a Crime of violence  <br>**Count 15**: 18 USC § 922(g)(1). Felon in Possession of a Firearm and Ammunition |
| LOCATION OF OFFENSES: | Denver County, CO, Arapahoe County, CO and Jefferson County, CO |
| PENALTY: | **Counts 1,4,6,7,8,9,11,12,13,14**: NMT 25 years imprisonment; NMT $250,000 fine, or both; NMT 3 years' supervised release; $100 special assessment; restitution.  <br>**Counts 2,5,10**: NLT 7 years imprisonment to run consecutive to any other sentence; NMT $250,000 fine, or both; NMT 5 years supervised release; $100 special assessment.  <br>**Count 15**: NMT 10 years imprisonment, NMT $250,000 fine, or both; NMT 3 years supervised release; $100 special assessment; if the sentencing enhancement in 18 U.S.C. § 924(e) applies, then NLT 15 years imprisonment, NMT $250,000 fine, or both; NMT 5 years supervised release; $100 special assessment. |
| AGENT: | Michael Kim  <br>Task Force Officer, FBI |
| AUTHORIZED BY: | Brian Dunn  <br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

__ five days or less;  _x__ over five days

THE GOVERNMENT

 x   will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention **is** applicable to this defendant.

| | |
|---|---|
| DEFENDANT: | ██████████████ |
| AGE/YOB: | ██/██ |
| COMPLAINT FILED? | _____ Yes    __X__ No |
| | If Yes, MAGISTRATE CASE NUMBER_____ |

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   __ Yes   _X_ No
If No, a new warrant is required

| | |
|---|---|
| OFFENSE(S): | **Counts 1,4,6,7,8,9,11,12,13,14** 18 USC §§ 2113(d), Bank Robbery and Aiding and Abetting the Same<br>**Counts 3**: 18 USC § 924(c)(1)(A)(ii), Brandishing a Firearm in Furtherance of a Crime of violence |
| LOCATION OF OFFENSES: | Denver County, CO, Arapahoe County, CO and Jefferson County, CO |
| PENALTY: | **Counts 1,4,6,7,8,9,11,12,13,14**: NMT 25 years imprisonment; NMT $250,000 fine, or both; NMT 3 years' supervised release; $100 special assessment; restitution.<br>**Count 3**: NLT 7 years imprisonment to run consecutive to any other sentence; NMT $250,000 fine, or both; NMT 5 years supervised release; $100 special assessment. |
| AGENT: | Michael Kim<br>Task Force Officer, FBI |
| AUTHORIZED BY: | Brian Dunn<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

_x_ five days or less; ___ over five days

THE GOVERNMENT

_x_ will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention is not applicable to this defendant.