**In the United States District Court
for the District of Colorado
Judge Daniel D. Domenico**

Criminal Action No. 1:21-cr-00226-DDD

**United States of America**,

   Plaintiff,

v.

**1. Jeremy Bravo**,

   Defendant.

---

### ORDER GRANTING MOTION TO UNSEAL IN PART

---

  Before the Court is the Government's motion to unseal in part the indictment in this matter. For good cause shown, the motion (Doc. 21) is **granted**. The Clerk is **directed** to docket partially redacted indictment attached to the Government's motion (Doc. 21-1) as a public entry, not subject to restriction.

DATED: July 15, 2021      BY THE COURT:

                   _____
                   Hon. Daniel D. Domenico
                   United States District Judge