| | |
|---|---|
| <u>DEFENDANT:</u> | JEROME BRAVO |
| <u>AGE/YOB:</u> | 37/1983 |
| <u>COMPLAINT FILED?</u> | __x__ Yes   _____ No<br><br>If Yes, MAGISTRATE CASE NUMBER <u>21-mj-00072-STV</u> |
| <u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?</u> | _x_ Yes   __ No<br>   If No, a new warrant is required |
| <u>OFFENSE(S):</u> | **Counts 1,4,6,7,8,9,11,12,13,14**  18 USC §§ 2113(d), Bank Robbery and Aiding and Abetting the Same<br>**Counts 2.,5,10**: 18 USC § 924(c)(1)(A)(ii), Brandishing a Firearm in Furtherance of a Crime of violence<br>**Count 15**: 18 USC § 922(g)(1). Felon in Possession of a Firearm and Ammunition |
| <u>LOCATION OF OFFENSES:</u> | Denver County, CO, Arapahoe County, CO and Jefferson County, CO |
| <u>PENALTY:</u> | **Counts 1,4,6,7,8,9,11,12,13,14**: NMT 25 years imprisonment; NMT $250,000 fine, or both; NMT 3 years' supervised release; $100 special assessment; restitution.<br>**Counts 2,5,10**: NLT 7 years imprisonment to run consecutive to any other sentence; NMT $250,000 fine, or both; NMT 5 years supervised release; $100 special assessment.<br>**Count 15**: NMT 10 years imprisonment, NMT $250,000 fine, or both; NMT 3 years supervised release; $100 special assessment; if the sentencing enhancement in 18 U.S.C. § 924(e) applies, then NLT 15 years imprisonment, NMT $250,000 fine, or both; NMT 5 years supervised release; $100 special assessment. |
| <u>AGENT:</u> | Michael Kim<br>Task Force Officer, FBI |
| <u>AUTHORIZED BY:</u> | Brian Dunn<br>Assistant U.S. Attorney |

<u>ESTIMATED TIME OF TRIAL</u>:

__ five days or less;  _x__ over five days

THE GOVERNMENT

 x   will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention **is** applicable to this defendant.