| | | | | |
|---|---|---|---|---|
| <u>DEFENDANT</u>: | ███████████████ | | | |
| <u>AGE/YOB</u>: | ██/███ | | | |
| <u>COMPLAINT FILED?</u> | _____ Yes | __X__ No | | |

If Yes, MAGISTRATE CASE NUMBER_____

<u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?</u>   __ Yes   _X_ No
   If No, a new warrant is required

| | |
|---|---|
| <u>OFFENSE(S)</u>: | **Counts 1,4,6,7,8,9,11,12,13,14** 18 USC §§ 2113(d), Bank Robbery and Aiding and Abetting the Same<br>**Counts 3**: 18 USC § 924(c)(1)(A)(ii), Brandishing a Firearm in Furtherance of a Crime of violence |
| <u>LOCATION OF OFFENSES</u>: | Denver County, CO, Arapahoe County, CO and Jefferson County, CO |
| <u>PENALTY</u>: | **Counts 1,4,6,7,8,9,11,12,13,14**: NMT 25 years imprisonment; NMT $250,000 fine, or both; NMT 3 years' supervised release; $100 special assessment; restitution.<br>**Count 3**: NLT 7 years imprisonment to run consecutive to any other sentence; NMT $250,000 fine, or both; NMT 5 years supervised release; $100 special assessment. |
| <u>AGENT</u>: | Michael Kim<br>Task Force Officer, FBI |
| <u>AUTHORIZED BY</u>: | Brian Dunn<br>Assistant U.S. Attorney |

<u>ESTIMATED TIME OF TRIAL</u>:

_x_ five days or less; ___ over five days

<u>THE GOVERNMENT</u>

_x_ will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention is not applicable to this defendant.