IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

UNITED STATES OF AMERICA

v.                                                                          Criminal: 1:21-CR-226 (DDD)

JEROME BRAVO,

    Defendant.

## MOTION TO WITHDRAW AS COUNSEL AND
## FOR APPOINTMENT OF COUNSEL FROM THE CJA PANEL

Pursuant to D.C. Colo. L. Atty R3(b), the Office of the Federal Public Defender, through undersigned counsel, moves to withdraw as counsel for Jerome Bravo. The Court has adopted "the Colorado Rules of Professional Conduct." D.C. Colo. L. AttyR2. Rule 1.16 of the Colorado Rules of Professional Conduct states that after representation of a client has begun, counsel "**shall** withdraw from the representation of a client if ... the lawyer is discharged." *Id.* at (a)(3) (emphasis added).

Mr. Bravo has asked the undersigned to withdraw from his case.

Accordingly, the undersigned seeks the permission of the Court to terminate his representation of Mr. Bravo. *See* Rule 1.16(c). The Court should hold a hearing with Mr. Bravo to ascertain whether the undersigned can or should continue to represent Mr. Bravo.

[*Signature page follows.*]

Respectfully submitted, this 10th day of March, 2022.

> VIRGINIA L. GRADY
> Federal Public Defender
>
> *s/ Jared Scott Westbroek*
> JARED SCOTT WESTBROEK
> Assistant Federal Public Defender
> 633 17th Street, Suite 1000
> Denver, CO  80202
> Telephone:  (303) 294-7002
> FAX:  (303) 294-1192
> Email:  jared_westbroek@fd.org
> Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2022, I electronically filed the foregoing **MOTION TO WITHDRAW AS COUNSEL AND FOR APPOINTMENT OF COUNSEL FROM THE CJA PANEL** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Brian Michael Dunn, AUSA
Email: brian.dunn@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

JEROME BRAVO via U.S. Mail

*s/ Jared Scott Westbroek*
JARED SCOTT WESTBROEK
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Email:  jared_westbroek@fd.org
Attorney for Defendant