IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-00226-DDD-1

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

JEROME BRAVO,

    Defendant.

___

## NOTICE OF APPEARANCE
___

Nancy Kardon, Esq., hereby enters her appearance on behalf of defendant Jerome Bravo.

Dated this 23rd day of March, 2022.

    Respectfully submitted,

    s/ Nancy Kardon
    NANCY KARDON

    Nancy Kardon, Esq. (Bar #47074)
    Kardon Law, Inc.
    4770 Baseline Rd
    Suite 200, Boulder CO 80303
    nkardon@kardonlaw.com
    (310) 902-7837

    Attorney for Defendant
    JEROME  BRAVO

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 23, 2022, I electronically filed the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

    Brian Michael Dunn, Assistant United States Attorney
    E-mail: brian.dunn@usdoj.gov

    s/ Nancy Kardon
    NANCY KARDON

    Nancy Kardon, Esq. (Bar #47074)
    Kardon Law, Inc.
    4770 Baseline Rd
    Suite 200, Boulder CO 80303
    nkardon@kardonlaw.com
    (310) 902-7837

    Attorney for Defendant
    JEROME BRAVO