IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00226-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     JEROME BRAVO
2.     SEALED

    Defendants,

---

## MOTION TO UNRESTRICT CASE AND SUPERSEDING INDICTMENT

---

The United States, by United States Attorney Cole Finegan, and through Assistant United States Attorney Brian Dunn, hereby moves the Court for an order unrestricting the case and the Superseding Indictment, and as grounds therefore submits the following:

1. On or about July 13, 2021, a federal grand jury in the District of Colorado returned A 15-count indictment against defendant Jerome Bravo and another defendant. Bravo was already in custody on a federal complaint and was ordered detained. He presently remains in federal custody. The other defendant named in the Indictment remained at large.

2. The grand jury issued a 23-count Superseding Indictment on July 20, 2022, against Jerome Bravo and his codefendant. [Dkt. 43.] The other defendant named in the Superseding Indictment remains at large.

3. At this time, the government does not currently have the same safety and evidentiary concerns that served as the basis for requesting partial restriction of the original Indictment. [*See* Dkt. 21.]

4. Accordingly, it is respectfully requested that this Honorable Court Order the unsealing of the case, including but not limited to the Superseding Indictment.

WHEREFORE, the government respectfully requests that this Court enter an Order unsealing the case, including but not limited to the Superseding Indictment.

Respectfully submitted this 21st day of July, 2021.

COLE FINEGAN
UNITED STATES ATTORNEY

By: *s/Brian Dunn*
Brian Dunn
Assistant United States Attorney
United States Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: (303) 454-0100
Fax: (303) 454-0406
E-mail: Brian.Dunn@usdoj.gov
Attorney for the Government

## CERTIFICATE OF SERVICE

I hereby certify that on this 21th day of July, 2022, I electronically filed the foregoing **MOTION TO UNRESTRICT CASE AND SUPERSEDING INDICTMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

*s/Brian Dunn*
BRIAN DUNN
