**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Daniel D. Domenico**

Criminal Action No. 1:21-cr-00226-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JEROME BRAVO,
2. JONATHAN GULLETTE,

    Defendants.

**ORDER GRANTING GOVERNMENT'S
MOTION TO UNRESTRICT CASE AND
SUPERSEDING INDICTMENT**

Before me is the Government's Motion to Unrestrict Case and Superseding Indictment (Doc. 46). The Motion to Unrestrict Case and Superseding Indictment (Doc. 46) is GRANTED. The Clerk of Court is directed to unseal the case and superseding indictment. SO ORDERED

DATED: July 28, 2022

BY THE COURT:

Daniel D. Domenico
United States District Judge