IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00226-DDD-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **JEROME BRAVO**, and
2. JONATHAN GULLETTE

    Defendants.

---

### JEROME BRAVO'S MOTION TO RESTRICT ACCESS

---

Defendant Jerome Bravo, by and through his attorney-of-record, Nancy Kardon, respectfully moves to restrict his Motion for Co-Counsel, ECF Document 54, any order revealing the contents of that document, and the brief filed in support of this Motion, under a "Level 3" restriction, pursuant to D.C.COLO.LCrR 47.1(b).

DATED at Boulder, Colorado this 15th of August, 2022.

                                                    *s/Nancy Kardon*
                                                    Nancy Kardon, Esq.
                                                    Kardon Law, Inc.
                                                    4770 Baseline Rd, Suite 200
                                                    Boulder CO 80303
                                                    nkardon@kardonlaw.com
                                                    (310) 902-7837
                                                    Attorney for Defendant JEROME BRAVO

**CERTIFICATE OF SERVICE**

       I hereby certify that on August 15, 2022, I filed the foregoing with the clerk of the Court using the CM/ECF system, which will send notification of such filing to all authorized parties to this action.

                                             s/*Nancy Kardon*_____
                                             Nancy Kardon