**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO**

Criminal Case No. 21-cr-00226-DDD

UNITED STATES OF AMERICA,

v.

1.   JEROME BRAVO,

Defendant.

_____

ENTRY OF APPEARANCE

_____

    Michael David Lindsey, an attorney admitted to practice and in good standing in the Federal District of Colorado, respectfully enters his appearance as the attorney for Defendant number 1. Jerome Bravo.

                                        s/ Michael David Lindsey
                                        Michael David Lindsey
                                        David Lindsey, Attorney at Law
                                        7887 E. Belleview, Ave. Suite 1110
                                        Englewood, CO 80111
                                        Telephone: (303) 228-2270
                                        FAX: (303) 228-2271
                                        E-mail: david@mdavidlindsey.com
                                        Attorney for Mr. Bravo

## CERTIFICATE OF MAILING

I hereby certify that a copy of the foregoing was filed using the court's ECF system on August 25, 2022.

_S/ David Lindsey_____

David Lindsey