IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-00226-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    **JEROME BRAVO**,

    Defendant.

---

**REQUEST FOR NOTICE PURSUANT TO FEDERAL RULES OF EVIDENCE 404(B), 608 and 609**
_____

Pursuant to Federal Rules of Evidence 404(b), 608 and 609, defendant Jerome Bravo, by and through his attorneys-of-record, Nancy Kardon and David Lindsey, hereby requests written notice by plaintiff United States of America, of the evidence it intends to introduce at trial pursuant to Rules 404(b), 608 and 609.

Specifically, Mr. Bravo requests notice under Rule 404(b), of other crimes, wrongs, or acts the government intends to introduce, along with the purpose for which such evidence shall be offered, no later than 21 days before the November 28, 2022 trial date, or November 7, 2022, pursuant to the Discovery Conference Memorandum and Order dated July 14, 2021 (ECF 20).

Mr. Bravo further requests notice of the government's intent to introduce any prior conviction for any purpose including impeachment under any theory including, but

2

not limited to, Rules 608 and 609, at least seven days before the November 22, 2022 Trial Preparation Conference, or November 15, 2022, pursuant to this Court's August 3, 2022 Order Granting Unopposed Fifth Motion to Continue (ECF 52), which references the Court's previously-filed July 15, 2021 Order Setting Trial Date and Related Deadlines (ECF 25).

Dated this 22nd day of September, 2022.

Respectfully submitted,

s/ *Nancy Kardon*
NANCY KARDON

Nancy Kardon, Esq. (Bar #47074)
Kardon Law, Inc.
4770 Baseline Rd
Suite 200, Boulder CO 80303
nkardon@kardonlaw.com
(310) 902-7837

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of September, 2022, I electronically filed the foregoing **REQUEST FOR NOTICE PURSUANT TO FEDERAL RULES OF EVIDENCE 404(B), 608 and 609,** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

/s/ *Nancy Kardon*
NANCY KARDON