# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 21-cr-00226-DDD

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. JEROME BRAVO, and
2. JONATHAN GULLETTE,

        Defendants.

---

## NOTICE OF APPEARANCE OF COUNSEL

---

To:    The clerk of court and all parties of record

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

    DATED at Denver, Colorado this 27th day of October, 2022.

        COLE FINEGAN
        United States Attorney

By:    *s/Celeste Rangel*
        Assistant United States Attorney
        United States Attorney's Office
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        Telephone: 303-454-0100
        Fax: 303-454-0405
        Email: Celeste.Rangel@usdoj.gov
        Attorney for the Government

2

**CERTIFICATE OF SERVICE**

      I certify that on this 27th day of October, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

      By:  *s/Elaina Wohr*
            Legal Assistant
            United States Attorney's Office