UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00226-DDD

UNITED STATES OF AMERICA,

v.

1.  JEROME BRAVO,

Defendant.

_____

**NOTICE OF DISPOSITION**

_____

Mr. Bravo, through his attorneys respectfully informs this court that a disposition has been reached between the Government and the Defendant. Mr. Bravo requests that his matter be set for a change of plea hearing, and that all pending court dates and deadlines be vacated.

Mr. Bravo, pursuant to the Court's order of October 26, 2022, (ECF # 74) indicates that he has no objection to the ends of justice continuance filed by the co-defendant in this matter.

s/ Michael David Lindsey
Michael David Lindsey
David Lindsey, Attorney at Law
7887 E. Belleview, Ave. Suite 1110
Englewood, CO 80111
Telephone: (303) 228-2270
FAX: (303) 228-2271
E-mail: david@mdavidlindsey.com
Attorney for Mr. Bravo

## CERTIFICATE OF MAILING

I hereby certify that a copy of the foregoing was filed using the court's ECF system on October 31, 2022

_S/ David Lindsey_____

David Lindsey