**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE DANIEL D. DOMENICO**

Criminal Case No.: 21-cr-00226-DDD          Date:  November 22, 2022
Courtroom Deputy:  Bernique Abiakam          Court Reporter: Kevin Carlin

---

*Parties:*                                      *Counsel:*

UNITED STATES OF AMERICA,                    Brian M. Dunn

     Plaintiff,

v.

1. JEROME BRAVO,                            M. David Lindsey
                                            Nancy Kardon
     Defendant.

---

## COURTROOM MINUTES

---

**CHANGE OF PLEA HEARING**

**10:31 a.m.    Court in session.**

Court calls case.   Appearances of counsel.   Defendant present, in custody.

Preliminary remarks by the Court.

Defendant sworn and answers questions asked by the Court.

Defendant advised regarding:

    1)     The Plea Agreement;
    2)     The maximum and minimum penalties, terms and conditions of supervised release, restitution, probation and/or forfeiture;
    3)     The objectives and factors in 18 U.S.C. §3553(a).

The Court explains defendant's right to a trial by jury and other constitutional rights and confirms that the defendant desires to waive such rights.

Defendant is rearraigned on Counts two, five, seven, nine, eleven, thirteen, fifteen, seventeen, nineteen, and twenty-one of 18 USC § 2113(d) and section 2 of the

**Superseding Indictment.**   Defendant is also rearraigned on Counts three, six, and eight of 18 USC § 924 (c)(1)(a)(ii) of the **Superseding Indictment.   Defendant pleads guilty to Counts two, three, five, six, seven, eight, nine, eleven, thirteen, fifteen, seventeen, nineteen, and twenty-one of the Superseding Indictment.**

**Forfeiture admitted.**

Oral findings are made of record.

**ORDERED:**   Plea Agreement and Statement by Defendant in Advance of Plea of Guilty are received**.**

**ORDERED:**   Defendant's pleas are accepted and Defendant is adjudged guilty as charged in **Counts two, three, five, six, seven, eight, nine, eleven, thirteen, fifteen, seventeen, nineteen, and twenty-one of the Superseding Indictment.**

**ORDERED:**   Probation department shall conduct a presentence investigation and submit a presentence report as required by Fed.R.Cr.P.32. Defendant shall, with the assistance of counsel, immediately after this hearing, or as soon as is practicable, make arrangements to participate in the presentence investigation and shall cooperate fully with the probation department.

**ORDERED:**   Sentencing hearing is set **February 21, 2023, at 2:30 p.m.**, in Courtroom A-1002, 901 19th Street, Denver, CO. Any hearings other than Sentencing are hereby VACATED. Any pretrial motions that are pending are hereby declared moot.

**ORDERED:**   Any objections to the presentence report and any motions for departure or variance will be filed within 14 days of receiving the presentence report in accordance with Fed.R.Crim.P.32(f)(1). Any responses to objections or motions shall be filed no later than seven days prior to the sentencing date. (**Any requests by the Government for preliminary forfeiture shall be done by written motion**.).

**ORDERED:**   Defendant is REMANDED to the custody of the United States Marshal through the sentencing hearing.

**10:54 a.m.**     **Court in recess. Hearing concluded. Total time: 23 minutes**