IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   21-cr-00226-DDD-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    JEROME BRAVO

    Defendant.

---

**UNITED STATES' MOTION TO GRANT THE DEFENDANT AN ADDITIONAL ONE-LEVEL DECREASE PURSUANT TO U.S.S.G. § 3E1.1(b)**

---

    The United States, through the undersigned Assistant United States Attorney, at sentencing, and as a condition thereof, moves the Court for an order granting the defendant an additional one-level decrease in the offense level for acceptance of responsibility pursuant to United States Sentencing Guidelines section 3E1.1(b). Defendant's agreement to plead guilty and timely notice thereof permitted the government to avoid preparing for trial and permitted both the government and the Court to allocate their resources more efficiently.

DATED this 8TH day of February, 2023.

COLE FINEGAN
United States Attorney


s/ Brian Dunn
BRIAN DUNN
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Telecopier: (303) 454-0403
E-mail: Brian.Dunn@usdoj.gov

## **CERTIFICATE OF SERVICE**

   I hereby certify that on February 8, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                 s/ *Brian Dunn*
                  BRIAN DUNN
                  Assistant United States Attorney
                  United States Attorney's Office
                  1801 California Street, Suite 1600
                  Denver, Colorado 80202
                  Telephone: (303) 454-0100
                  Telecopier: (303) 454-0403
                  E-mail: Brian.Dunn@usdoj.gov