IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  21-cr-00226-DDD-1

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     JEROME BRAVO

      Defendant.

**UNITED STATES' MOTION TO DISMISS COUNTS 1, 10, 12, 14, 16, 18, 20, 22 and 23 OF THE SUPERSEDING INDICTMENT**

      The United States of America by and through Brian Dunn, Assistant United States Attorney, hereby moves this Court to enter an order dismissing Count 8 of the Superseding Indictment.  On November 22, 2022, the defendant entered his plea of guilty to Counts 2, 3, 5, 6, 7, 8, 9, 11, 13, 15, 17, 19 and 21 of the Superseding Indictment. [Dkt. 80.] The United States agreed as part of the plea agreement to dismiss the remaining counts of the Superseding Indictment with respect to the defendant.  [Dkt. 81.] Therefore, the United States of America hereby requests this Court dismiss the remaining counts of the Superseding Indictment with respect to the defendant upon acceptance of defendant's plea of guilty in this matter.

Dated: February 8, 2023

COLE FINEGAN
United States Attorney

*s/ Brian Dunn*
Brian Dunn
Assistant United States Attorney
United States Attorney's Office
1801 California St., Suite 1600
Denver, Colorado  80202
Telephone:  (303) 454-0100
Fax:  (303) 454-0406
E-mail:  Brian.Dunn@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on February 8, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

      By: s/ *Brian Dunn*
      Brian Dunn