IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00226-DDD-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    JEROME BRAVO

    Defendant.
_____

### GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE DEFENDANT BRAVO'S SENTENCING HEARING
_____

    The United States of America, by and through Brian Dunn, Assistant United States Attorney, hereby requests a continuance of the sentencing hearing from Tuesday, February 21 to Friday, February 24 at 9:30am. The parties have conferred, and defense counsel does not oppose this Motion. Further, the government has conferred with defense counsel and Probation, and all parties are available on February 24, 2023 at 9:30am. In support of this Motion, the government states as follows.

    1. On November 22, 2022, the defendant pled guilty to ten counts of Bank Robbery in violation of 18 USC § 2113(a) and (d), and three counts of Brandishing a Firearm in Furtherance of a Crime of Violence in violation of 18 USC § 924(c)(1)(A)(ii).

    2. The defendant is scheduled for sentencing on February 21, 2023 at 2:30pm.

    3. The undersigned AUSA has a travel conflict on February 21, 2023 that would make his appearance at the hearing difficult.

4. Accordingly, the government respectfully requests a continuance of the sentencing hearing to February 24, 2023 at 9:30am.

THEREFORE, the government respectfully requests that the sentencing hearing currently scheduled for February 21, 2023 be vacated and reset to February 24, 2023 at 9:30am.

Dated this 10th day of February, 2023.

COLE FINEGAN
United States Attorney

By: *s/ Brian Dunn*
Brian Dunn
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax:  303-454-0406
E-mail:  Brian.Dunn@usdoj.gov
Attorney for Government

CERTIFICATE OF SERVICE

      I hereby certify that February 10, 2023, I electronically this response with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties on record.

                                            *s/Brian Dunn*
                                            BRIAN DUNN
                                            Assistant United States Attorney