IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-00226-DDD-1

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**1.    JEROME BRAVO**,

       Defendant.

---

**LETTERS IN SUPPORT OF DEFENDANT JEROME BRAVO'S SENTENCING POSITION**
_____

      Defendant Jerome Bravo, by and through his attorneys-of-record, Nancy Kardon and David Lindsey, respectfully files the following Letters in Support of his Sentencing Position.

Dated this 22nd day of February, 2023.

                       Respectfully submitted,

                       s/ *Nancy Kardon*
                       NANCY KARDON

                       Nancy Kardon, Esq. (Bar #47074)
                       Kardon Law, Inc.
                       4770 Baseline Rd
                       Suite 200, Boulder CO 80303
                       nkardon@kardonlaw.com
                       (310) 902-7837

## CERTIFICATE OF SERVICE

      I hereby certify that on this 22nd day of February, 2023, I electronically filed the foregoing **LETTERS IN SUPPORT OF DEFENDANT JEROME BRAVO'S SENTENCING POSITION** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

                                                    /s/ *Nancy Kardon*
                                                    NANCY KARDON