January 8, 2023

Dear Judge Domenico

My name is Diana Jones and I share two young children with Jerome Bravo. I am writing this letter to offer a more complete picture of Jerome Bravo. I have known Jerome Bravo as a close friend, a good partner, and most of all a great father.  I understand the seriousness of this matter however, I hope the court will show some leniency.

Jerome Bravo and I met in 2006, we share two beautiful children. Since I've known Jerome, he has always been someone to whom I can trust and lean on when I need a hand. Jerome helped so much at home with house chores, any car problems we had, provided groceries and helped with the kids. I would see Jerome get up every morning, go to work, come home and spend the rest of his time with his children or fixing things around the home. Jerome is a hard-working man, he has held employment in many areas of hard labor such as roofing, painter, forklifter, and tire manufacturing, all with great reviews. In addition, Jerome enjoys and loves to be involved with his kids little league, he loves coaching children and he loves all his children. Jerome has five children and is such a great father and Grandfather. In fact Jerome has been raising my son who is not biologically his. My son's father passed away and Jerome with open arms accepted him and has loved him as his own. Jerome is the only father my 7 year old son knows, he inspires my son, my son wants his father to get better and do better. Jerome has a good heart, but has had a hard life. Unfortunately, as many may not know, Jerome had a troubled childhood. Jerome's mother struggled with stability, as a child he was brutally beaten by his stepfather and many events along the road that affected how Jerome expresses himself. Before the lead up to him spiraling out of control, a year prior his mother passed away while he was in prison and he never got the chance to mourn her death or get any therapy to help him cope with the loss of his mother.  Upon his release, Jerome was placed on parole and did great, he completed his parole and got off on time. Jerome and I were having financial problems which caused us to seperate, it caused emotional damage on both sides and resulted in Jerome self medicating with recreational drugs; that had an impact on the way he was thinking and feeling at that time.  As a result, that may have caused him to act in such a destructive manner that led to this incident.

Jerome Bravo has expressed multiple times his deep sense of remorse he is very apologetic to anyone that was involved as well as the community. I believe in his ability to pay his debt to society as well as getting mentally stable. Jerome is a great man who has made some terrible decisions. Jerome is deeply sorry and remorseful, words cannot explain how terribly he feels. Jerome is suffering from severe anxiety and much more. For this reason, he could benefit from therapy treatment so he can achieve being a great man for himself, his family and the community. Jerome has expressed a strong desire to fix underlying personal issues. My family asks that you see him as an imperfect human who is loved and needs guidance and support. It is my sincere hope the court takes this letter into consideration at the time sentencing. I still believe Jerome Bravo to be an honorable individual, a valuable member to my community, and a good human being.

Sincerely,

Diana Jones