# Your honor ,

I am writing this letter on behalf of me and my family members. My brother Jerome Bravo is a great man. He's all I had growing up aside from our mom. It's always been me and him. When we lost our mom my brother made sure he was right by my side. When it comes down to it after my brother gets sentenced all I have left is his kids and my kids. My brother has taught me how to live my life the right way. I've never been in trouble and that's all thanks to him. When I use to want to get in trouble or mess up my brother was always right behind me to make sure I went the right way. I'm not sure how much time my brother is looking at but I've been told it's a lot. Im not sure how much this letter is going to help but I am writing because literally Jerome is all I have left in terms of family. We lost our mom in 2018 and Jerome has made sure I was always in the right state of mind to be able to provide for my kids. Even when he isn't ok he makes sure everyone around him is ok. He's not perfect none of us are but he's perfect to us and he's ours to love and cherish! Even if this letter doesn't help his numbers on sentencing I ask that u keep him in Colorado because we have no other family and I would like to visit him without having to travel too far. Thanks for your time and reading my letter you're really taking a piece of my heart and any consideration u take I am thankful for.
Thanks Your Honor,
Sincerely Cassandra Elias
Jerome Bravos Little Sister