IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-00226-DDD-1

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**1.     JEROME BRAVO**,

        Defendant.

---

**CERTIFICATES AND ADDITIONAL LETTER IN SUPPORT OF DEFENDANT JEROME BRAVO'S SENTENCING POSITION**
_____

        Defendant Jerome Bravo, by and through his attorneys-of-record, Nancy Kardon and David Lindsey, respectfully files the following Certificates and Additional Letter in Support of his Sentencing Position.

Dated this 23rd day of February, 2023.

        Respectfully submitted,

        s/ *Nancy Kardon*
        NANCY KARDON

        Nancy Kardon, Esq. (Bar #47074)
        Kardon Law, Inc.
        4770 Baseline Rd
        Suite 200, Boulder CO 80303
        nkardon@kardonlaw.com
        (310) 902-7837

## CERTIFICATE OF SERVICE

      I hereby certify that on this 23rd day of February, 2023, I electronically filed the foregoing **CERTIFICATES AND ADDITIONAL LETTER IN SUPPORT OF DEFENDANT JEROME BRAVO'S SENTENCING POSITION** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

                                                    /s/ *Nancy Kardon*
                                                    NANCY KARDON