

# Certificate of Completion

THIS ACKNOWLEDGES THAT

## Jerome Bravo

HAS PARTICIPATED IN COURSES FOR SELF IMPROVEMENT IN

## COPING SKILLS FOR RELAPSE PREVENTION

FEBRUARY 3, 2022

THE GEO GROUP INC. PROGRAMS DEPARTMENT