

# Certificate of Completion

THIS ACKNOWLEDGES THAT

## Jerome Bravo

HAS PARTICIPATED IN COURSES FOR SELF IMPROVEMENT IN

## SUBSTANCE ABUSE

THE GEO GROUP INC. PROGRAMS DEPARTMENT

FEBRUARY 23, 2022