Your Honor,

    I would like to take the time to thank the court for the time and opportunity to speak in regard to Jerome Bravo.  Understanding, accepting, and acknowledging the severity of his case, I would like to also express how big of an impression sentencing and placement will have on our family.

    We humbly would like to ask the court for mercy.  Jerome is and always has been a major asset to us.  Now his ability to provide for us has succeeded him entirely but his motive has always been family.  Although jail isn't the ideal location to stare in the mirror.  But, what better place.  Jerome has a natural ability to lead, produce and accomplish things.  And with time and growth I ask the court to allow him the chance to reemerge in society with those aspects, in the promise to apply them to our family and society.

    Every bone, muscle, and breath in his body is still very much needed.  As repayment for crime is inevitable, we ask the court to acknowledge his plea, and his ability to elevate and grow from this situation.

    Please keep us in mind while contemplating sentencing.

    PS  We still need him no matter his "position" in life.

    Thank you again.

        Tachinea Verdine