## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00226-DDD

UNITED STATES OF AMERICA,

v.

1.      JEROME BRAVO,

Defendant.

_____

## MOTION FOR LEAVE TO RESTRICT ACCESS TO MOTION TO CONTINUE SENTENCING HEARING (ECF No. 97)

_____

Mr. Bravo respectfully requests that his Motion to Continue Sentencing Hearing filed as ECF document 97 be restricted at level 2. The document contains sensitive health information that should not be viewable by the public.

<div style="margin-left:40%">

s/ Michael David Lindsey
Michael David Lindsey
David Lindsey, Attorney at Law
7887 E. Belleview, Ave. Suite 1110
Englewood, CO 80111
Telephone: (303) 228-2270
FAX: (303) 228-2271
E-mail: david@mdavidlindsey.com
Attorney for Mr. Bravo

</div>

## CERTIFICATE OF MAILING

I hereby certify that a copy of the foregoing was filed using the court's ECF system on March 6, 2023.

_S/ David Lindsey_____