UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00226-DDD

UNITED STATES OF AMERICA,

v.

1.   JEROME BRAVO,

Defendant.

_____

**SECOND UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING**
_____

Mr. Bravo respectfully requests that the sentencing hearing currently set for April 25, 2023 at 2:30 p.m. be continued for 60 days based on the following grounds:

1. Mr. Bravo previously requested a continuance of his sentencing hearing (ECF. No. 97) to allow additional time for the investigation and evaluate certain mental health issues.

2. Mr. Bravo's counsel has been working diligently to prepare for the sentencing hearing. However, it took almost a month to find an expert for this case, and once obtained the expert has requested medical records that have taken additional time to obtain.

3. A second continuance is required to allow adequate time to prepare for the upcoming sentencing hearing and provide Mr. Bravo with the effective assistance of counsel.

4. Counsel for the government Brian Dunn has been consulted, and the government does not object to this motion.

WHEREFORE, it is respectfully requested that the sentencing hearing in this matter be continued for at least 60 days to afford counsel an opportunity to evaluate Mr. Bravo's mental health.

s/ Michael David Lindsey
Michael David Lindsey
David Lindsey, Attorney at Law
7887 E. Belleview, Ave. Suite 1110
Englewood, CO 80111
Telephone: (303) 228-2270
FAX: (303) 228-2271
E-mail: david@mdavidlindsey.com
Attorney for Mr. Bravo

## CERTIFICATE OF MAILING

I hereby certify that a copy of the foregoing was filed using the court's ECF system on April 17, 2023.

_S/ David Lindsey_____

David Lindsey